EDITH B. GALLAGHER, Individually and as Guardian ad Litem of FRANK PAGLIARO, JR., and Another, Infants, Appellant, *v.* FRANK J. PAGLIARO, Respondent.

Argued March 3, 1953; decided April 16, 1953.

*Abraham N. Davis* and *Benjamin Heffner* for appellant.
*Henry Uselaner* and *Arthur N. Field* for respondent.

Judgment affirmed, with costs. With respect to the disposition of the fifth cause of action, upon which the Appellate Division were divided, its dismissal is affirmed on the ground that the Supreme Court lacked jurisdiction to order an increase of " support and maintenance for the children of a dissolved marriage " except as " an incident to a marital action." (*Langerman* v. *Langerman*, 303 N. Y. 465, 471.) No opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.